```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12772
   SYLVIA A BATISTE
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9073


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/17/2007 and was confirmed 09/10/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  53.59%.

     The case was paid in full 12/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG        .00              .00            .00
LITTON LOAN SERVICING LP  NOTICE ONLY    NOT FILED              .00            .00
CARMAX AUTO FINANCE       SECURED VEHIC      646.10          194.77         646.10
CARMAX AUTO FINANCE       NOTICE ONLY    NOT FILED              .00            .00
CARMAX AUTO FINANCE       NOTICE ONLY    NOT FILED              .00            .00
HOUSEHOLD FINANCE CORP    SECURED         13677.01         1291.40       13677.01
FREIDMAN & WEXLER LLC     NOTICE ONLY    NOT FILED              .00            .00
ARMOR SYSTEMS CO          UNSECURED      NOT FILED              .00            .00
SAUK VILLAGE POLICE DEPT  NOTICE ONLY    NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         6519.43             .00        3493.89
ARROW FINANCIAL SERVICES  NOTICE ONLY    NOT FILED              .00            .00
PROVIDIAN NATIONAL BANK   NOTICE ONLY    NOT FILED              .00            .00
ARROW FINANCIAL SERVICES  UNSECURED      NOT FILED              .00            .00
BANK OF AMERICA           UNSECURED      NOT FILED              .00            .00
B-REAL LLC                UNSECURED          617.46             .00          330.91
CAPITAL ONE               UNSECURED      NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM  FILED LATE        1194.60             .00            .00
NATIONAL CAPITAL MANAGEM  UNSECURED          563.41             .00          301.94
CITIFINANCIAL             UNSECURED         3066.22             .00         1643.25
CITIFINANCIAL             UNSECURED      NOT FILED              .00            .00
CITIFINANCIAL SERVICES I  NOTICE ONLY    NOT FILED              .00            .00
RICHARD A SNOW            NOTICE ONLY    NOT FILED              .00            .00
DIRECT MERCHANTS BANK     UNSECURED      NOT FILED              .00            .00
ECAST SETTLEMENT CORP     UNSECURED          486.01             .00          260.46
JB ROBINSON JEWELERS      UNSECURED      NOT FILED              .00            .00
CHASE BANK USA NA         UNSECURED          516.83             .00          276.98
FEDERATED RTL/MARSHALL F  UNSECURED          486.08             .00          260.50
JEFFERSON CAPITAL SYSTEM  UNSECURED         1076.00             .00          576.65
KEITH S SHINDLER          NOTICE ONLY    NOT FILED              .00            .00
PROFESSIONAL RECOVERY SY  UNSECURED      NOT FILED              .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED      NOT FILED              .00            .00
HSBC BSTBY                NOTICE ONLY    NOT FILED              .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12772 SYLVIA A BATISTE
```

```
ROUNDUP FUNDING LLC      UNSECURED         2112.81              .00         1132.30
CITIBANK/SEARS           NOTICE ONLY    NOT FILED               .00             .00
ROUNDUP FUNDING LLC      UNSECURED         2034.60              .00         1090.38
HSBC/MNRDS               NOTICE ONLY    NOT FILED               .00             .00
SEAWAY NATIONAL BANK     UNSECURED      NOT FILED               .00             .00
PRA RECEIVABLES MGMT     UNSECURED          784.95              .00          420.67
T MOBILE                 UNSECURED          631.86              .00          338.63
UNIFUND CO               UNSECURED      NOT FILED               .00             .00
HOUSEHOLD CREDIT         NOTICE ONLY    NOT FILED               .00             .00
ROUNDUP FUNDING LLC      UNSECURED          323.40              .00          173.32
ZENITH ACQUISITION       UNSECURED      NOT FILED               .00             .00
WELLS FARGO FINANCIAL    NOTICE ONLY    NOT FILED               .00             .00
ZENITH ACQUISITION       NOTICE ONLY    NOT FILED               .00             .00
LITTON LOAN SERVICING    MORTGAGE ARRE    1912.22               .00         1912.22
ROUNDUP FUNDING LLC      UNSECURED         2872.48              .00         1539.42
COMMONWEALTH EDISON      UNSECURED             .00              .00             .00
COMMONWEALTH EDISON      UNSECURED          531.16              .00          284.66
ECAST SETTLEMENT CORP    UNSECURED         3497.34              .00         1874.29
ATLANTIC CREDIT & FINANC UNSECURED         7258.93              .00         3890.21
COMMONWEALTH EDISON      UNSECURED             .00              .00             .00
DODEKA LLC               FILED LATE       3592.55               .00             .00
LEDFORD & WU             DEBTOR ATTY     1,959.00                          1,959.00
TOM VAUGHN               TRUSTEE                                           2,931.15
DEBTOR REFUND            REFUND                                              146.82

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             40,646.93

PRIORITY                                              .00
SECURED                                         16,235.33
    INTEREST                                     1,486.17
UNSECURED                                       17,888.46
ADMINISTRATIVE                                   1,959.00
TRUSTEE COMPENSATION                             2,931.15
DEBTOR REFUND                                      146.82
                    ---------------         ---------------
TOTALS              40,646.93                   40,646.93
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/09/09 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |